Honorable Phillip H. Brandt
Chapter 13

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | Chapter 13 |
| Curtis R. Harris, and<br>Billie J. Harris,<br>Debtor(s) | Case No. 08-10108<br><br>OBJECTION TO EXEMPTIONS |

K. Michael Fitzgerald, Chapter 13 Trustee, hereby objects to the debtors' claimed exemptions based on the following:

1. Debtors claim a homestead exemption of $125,000, under R.C.W.§6.13, in a manufactured home in Mason County, Washington.. Debtors testified ath their section 341 meeting that they do not reside in the home, nor have they ever resided in it. The Trustee objects to all claimed homestead exemption in this property as it does not appear to have been debtor's residence on the date of filing.

DATED March 12, 2008.

K. MICHAEL FITZGERALD
Chapter 13 Trustee

/s/ *Sten E. Sorby*
by: Sten E. Sorby, WSBA# 27020
Attorney for the Trustee

OBJECTION TO EXEMPTIONS - 1

*Chapter 13 Trustee*
*600 University St #2200*
*Seattle WA 98101-4100*
*(206)624-5124 FAX 624-5282*