# UNITED STATES BANKRUPTCY COURT
## Western District of Washington (Seattle)

IN RE:  
Debtors: Curtis R Harris and Billie J Harris

Case Number: 08-10108

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| <u>Deutsche Bank National Trust Company, as Trustee</u> <br> <u>c/o American Home Mortgage Servicing, Inc.</u> <br> Name of Transferee <br><br> PO Box 631730 <br> Irving, TX 75063-1730 <br><br> Phone: <u>877 - 304 - 3100</u> <br> Last Four Digits of Acct #: <u>8999</u> <br><br> Name and Address where transferee payments should be sent (if different from above): <br><br> Same as Above <br><br> Phone: <u>877 - 304 - 3100</u> <br> Last Four Digits of Acct #: <u>8999</u> | <u>Citi Res. Lending Inc. srvcer for Deutsche B</u> <br><br><br> Name of Transferor <br><br> Court Claim # (if known): <u>1</u> <br> Amount of Claim: <u>$273626.10</u> <br> Date Claim Filed: <u>01/18/2008</u> <br><br> Last Four Digits of Acct #: <u>0020</u> |

The servicing of the loan which is the subject of the claim being transferred was transferred to American Home Mortgage Servicing, Inc., Transferee, by Citi Residential Lending, Transferor, effective February 11, 2009.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Bill Taylor</u>   Date: <u>March 27, 2009</u>  
    authorized filing agent for Transferee

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

ID:971