| | |
|---|---|
| Travis A. Gagnier<br>Attorney at Law<br>33507 Ninth Avenue South, Bldg. F<br>P.O. Box 3949<br>Federal Way, WA 98063-3949<br>253-941-0234 Fax 941-0476 | Judge Philip H. Brandt<br>CHAPTER 13<br>Hearing Date: March 12, 2009<br>Hearing Time: 9:00 a.m.<br>Response Date: March 5, 2009 |

### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>**HARRIS, Curtis & Billie,**<br><br>      Debtors. | No. 08-10108<br><br>**ORDER APPROVING SECOND AMENDED CHAPTER 13 PLAN** |

THIS matter having come before the Court upon the Motion of the Debtors and the Court having reviewed the Motion, and having reviewed the files and records herein, deeming itself advised in the premises, it is therefore

ORDERED, ADJUDGED and DECREED that the Debtors' Second Amended Plan dated February 3, 2009 is approved. The trustee shall submit an appropriate confirmation order to the court forthwith.

DONE THIS _____ day of March 2009.

_____
Philip H. Brandt
United States Bankruptcy Judge
(Dated as of "Entered on Docket" date above)

Presented by:

/s/ Travis A. Gagnier
Travis A. Gagnier, WSBA #26379
Attorney for Debtors

**CHAPTER 13 TRUSTEE**

By: _____
    K. Michael Fitzgerald

ORDER CONFIRMING SECOND
AMENDED CHAPTER 13 PLAN - 1

TRAVIS A. GAGNIER
Attorney at Law
33507 Ninth Avenue South, Bldg. F
P.O. Box 3949
Federal Way, WA 98063-3949
(253) 941-0234 / (253) 941-0476 facsimile

Case 08-10108-TWD    Doc 99    Filed 04/28/09    Ent. 04/28/09 11:53:59    Pg. 1 of 1