RECEIVED

2009 JUL 24 AM 10: 41

M. L. HATCHER. CLK
U.S. BANKRUPTCY COURT
W.D. OF WA AT SEATTLE

BY_____ DEP. CLK.

COURT

WASHINGTON

UNITED STATES BANKRUPTCY

WESTERN DISTRICT OF

| In re | Bankruptcy Case No. |
|---|---|
| Curtis R. Harris Billie J. Harris **Debtor** | 08-10108 |

## DEBTOR'S MOTION FOR RECOVERY OF NON-APPROVED DISBURSEMENT FROM CHAPTER 13 TRUST FUND

I/We, the debtor(s) in this case, certify under penalty of perjury as follows:

I/We move for _a hearing to dispute attorney fees paid to Travis Gagnier, Attorney at Law by the Trustee's office in connection with our Chapter 13 Bankruptcy case._

I/We certify under penalty of perjury that the foregoing is true and correct.
Executed on _July 23, 2009_____ [date] at
_Federal Way WA_____ [location]

_Curtis R. Harris_

Curtis R Harris

**Debtor**

_Billie J Harris_
Billie J Harris

**Joint Debtor**

(04/03/06)

08-10108

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

■ Complete items 1, 2, and 3. Also complete
item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
or on the front if space permits.

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
    Gagnier                         7/29/09

1. Article Addressed to:

TRAVIS A. GAGNIER
33507 NINTH AVE S BLDG F
PO 3949
FED. WAY. WA. 98063

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7008 0500 0000 1401 6161

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540