# UNITED STATES BANKRUPTCY COURT
## WAW-WESTERN DISTRICT OF WASHINGTON

In re:                                              Case No. 08-10108-TWD

    Curtis R Harris

    Billie J Harris

        Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    K. Michael Fitzgerald, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1)   The case was filed on <u>01/10/2008</u>.

2)   The plan was confirmed on <u>05/06/2009</u>.

3)   The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on <u>NA</u>.

4)   The trustee filed action to remedy default by the debtor in performance under the plan on <u>10/03/2011</u>.

5)   The case was completed on <u>06/26/2012</u>.

6)   Number of months from filing to last payment: <u>54</u>.

7)   Number of months case was pending: <u>55</u>.

8)   Total value of assets abandoned by court order: <u>NA</u>.

9)   Total value of assets exempted: <u>$157,350.00</u>.

10) Amount of unsecured claims discharged without payment: <u>$7,950.49</u>.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

## Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $28,555.55 | |
| Less amount refunded to debtor | $7,939.77 | |
| **NET RECEIPTS:** | | **$20,615.78** |

## Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $7,426.34 | |
| Court Costs | $274.00 | |
| Trustee Expenses & Compensation | $1,260.21 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$8,960.55** |

Attorney fees paid and disclosed by debtor:      $770.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BUCHALTER NEMER | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Chrysler Financial | Secured | 10,686.13 | 10,799.31 | 8,900.00 | 8,900.00 | 2,755.23 |
| Chrysler Financial | Unsecured | NA | 0.00 | 1,899.31 | 0.00 | 0.00 |
| CHRYSLER FINANCIAL | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CHRYSLER FINANCIAL | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| COUNTRYWIDE HOME LOANS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CR Title Services Inc | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CRESCENT JEWELERS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CROWN FINANCE | Secured | NA | NA | NA | 0.00 | 0.00 |
| DYNAMIC COLLECTORS | Unsecured | 427.00 | 0.00 | 428.32 | 0.00 | 0.00 |
| DYNAMIC COLLECTORS | Unsecured | 565.00 | NA | NA | 0.00 | 0.00 |
| ER SOLUTIONS | Unsecured | 344.00 | 0.00 | 344.02 | 0.00 | 0.00 |
| ER SOLUTIONS | Unsecured | 142.00 | NA | NA | 0.00 | 0.00 |
| FIRST PREMIER BANK | Unsecured | 321.00 | NA | NA | 0.00 | 0.00 |
| GUARANTY BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| HOMEQ SERVICING CORP | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Homeward Residential Inc | Secured | NA | 273,626.10 | 0.00 | 0.00 | 0.00 |
| Homeward Residential Inc | Secured | 68,479.08 | 68,479.08 | 0.00 | 0.00 | 0.00 |
| HSBC AUTO | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| KEY BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| KING CO OFF OF FINANCE | Secured | NA | NA | NA | 0.00 | 0.00 |
| MCCARTHY & HOLTHUS LLP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| OSI COLLECTION SERVICES INC | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 516.00 | 0.00 | 516.38 | 0.00 | 0.00 |
| PREMIER BANKCARD | Unsecured | 461.00 | 0.00 | 461.61 | 0.00 | 0.00 |
| PREMIER BANKCARD | Unsecured | 460.00 | 0.00 | 460.24 | 0.00 | 0.00 |
| RELIABLE CREDIT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | NA | 0.00 | 310.80 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| RESURGENT CAPITAL SERVICES | Unsecured | NA | 0.00 | 785.82 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | NA | 0.00 | 853.28 | 0.00 | 0.00 |
| RICHARD HAYDEN PS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Richard Wotipka | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Richard Wotipka | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Richard Wotipka | Secured | 33,905.00 | 35,581.88 | 0.00 | 0.00 | 0.00 |
| Richard Wotipka | Secured | 32,855.72 | 41,008.00 | 0.00 | 0.00 | 0.00 |
| The Hale Law Group PLLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Town and Country | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| TSYS DEBT MANAGEMENT | Unsecured | 773.00 | 0.00 | 826.71 | 0.00 | 0.00 |
| Washington Mutual | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| WASHINGTON MUTUAL BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL | Unsecured | NA | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $8,900.00 | $8,900.00 | $2,755.23 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$8,900.00** | **$8,900.00** | **$2,755.23** |
| | | | |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS**: | **$6,886.49** | **$0.00** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $8,960.55 |
| Disbursements to Creditors | $11,655.23 |
| | |
| **TOTAL DISBURSEMENTS** : | **$20,615.78** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/07/2012     By: /s/ K. Michael Fitzgerald
                  Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**